W. Scott Mitchell
Michael P. Manning
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
Billings, MT  59101-1277
Telephone:  (406) 252-2166
Fax:          (406) 252-1669
smitchell@hollandhart.com
mpmanning@hollandhart.com

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LESLIE "CASEY" and PAM MARLENEE, each Individually, and on behalf of M.M., their minor child,<br><br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE LLC,<br><br>Defendant. | No. 1:15-cv-00026-SPW-CSO<br><br>**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

Under Federal Rule of Civil Procedure 12(b)(2), Defendant GlaxoSmithKline LLC (GSK) moves to dismiss the Plaintiffs' Complaint against GSK for lack of personal jurisdiction. GSK has concurrently filed a brief in support and, as required by Local Rule 7.1(c)(1), GSK's counsel has contacted Plaintiffs' counsel regarding this motion. Plaintiffs object to the motion.

Dated:  May 19th, 2015

                Respectfully submitted,

                /s/ *W. Scott Mitchell*
                HOLLAND & HART LLP

                *Counsel for Defendant*

7787889_1